```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                           NOV 30 2018

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE GUADALUPE MARTINEZ,<br>　　aka "Peps Martinez,"<br>　　aka "Pepe Martinez,"<br>PAOLA SOTO, and<br>RANDAL BURT POWELL,<br>　　aka "Randy Powell,"<br><br>　　　　Defendants. | CR. No. 18-  CR18-00830-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Possession With Intent to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession With Intent to Distribute Methamphetamine; 18 U.S.C. §§ 2(a), (b): Aiding and Abetting and Causing an Act to be Done] |

　　　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.　OBJECTS OF THE CONSPIRACY

　　　　Beginning on or before February 1, 2018, and continuing until the present, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez" ("MARTINEZ"),

together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute, and possess with intent to distribute, at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi); and to knowingly and intentionally distribute, and possess with intent to distribute, at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

B.   THE MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant MARTINEZ would agree to sell drugs, including methamphetamine and fentanyl, to drug distributors.

2. Defendant MARTINEZ would obtain drugs.

3. Defendant MARTINEZ would agree to pay other co-conspirators to transport drugs from Los Angeles via airplane and train.

4. Defendant MARTINEZ would purchase tickets for travel for co-conspirators to transport drugs via airplane and train from Los Angeles to drug distributors to whom defendant MARTINEZ had agreed to sell drugs.

5. Defendant MARTINEZ and co-conspirators would transport drugs from Los Angeles to drug distributors via airplane and train.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant MARTINEZ, and others known

and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On or about January 30, 2018, an unindicted co-conspirator ("Co-Conspirator 1") agreed to pay another unindicted co-conspirator ("Co-Conspirator 2") to transport drugs from Los Angeles to Newark, New Jersey.

Overt Act No. 2: On or about February 1, 2018, defendant MARTINEZ purchased an airline ticket for Co-Conspirator 2 to travel from Los Angeles, California to Newark, New Jersey with a suitcase containing approximately 792 grams of fentanyl.

Overt Act No. 3: On or about February 1, 2018, Co-Conspirator 2 attempted to travel from Los Angeles, California to Newark, New Jersey with the suitcase of fentanyl using the airline ticket provided by defendant MARTINEZ.

Overt Act No. 4: On or about September 20, 2018, defendant MARTINEZ purchased an airline ticket for himself to travel from Los Angeles, California to Kansas City, Missouri on September 21, 2018.

Overt Act No. 5: On or about September 21, 2018, defendant MARTINEZ traveled to Los Angeles International Airport and checked a suitcase containing approximately 3,335 grams of methamphetamine for his flight from Los Angeles, California to Kansas City, Missouri.

Overt Act No. 6: On or about October 31, 2018, defendant MARTINEZ purchased two train tickets, one for himself and one for an unindicted co-conspirator ("Co-Conspirator 3"), to transport a suitcase of methamphetamine from Los Angeles, California to Topeka, Kansas departing October 31, 2018.

<u>Overt Act No. 7</u>: On or about October 31, 2018, defendant MARTINEZ and Co-Conspirator 3 went to Union Station in Los Angeles, California and boarded a train for Co-Conspirator 3 to transport a suitcase containing approximately 801.3 grams of methamphetamine from Los Angeles, California to Topeka, Kansas.

COUNT TWO

[21 U.S.C. § 846]

A. OBJECTS OF THE CONSPIRACY

Beginning on or before June 27, 2018, and continuing until the present, in Los Angeles County, within the Central District of California, and elsewhere, defendants JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez" ("MARTINEZ"), PAOLA SOTO ("SOTO"), and RANDAL BURT POWELL, aka "Randy Powell" ("POWELL"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute, and possess with intent to distribute, at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

B. THE MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant MARTINEZ would agree to sell methamphetamine to drug distributors such as defendant POWELL.

2. Defendant MARTINEZ would obtain methamphetamine in California.

3. Defendant SOTO would ship packages containing methamphetamine from Los Angeles to drug distributors.

4. Defendant POWELL would obtain methamphetamine from defendants MARTINEZ and SOTO to distribute to others.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants MARTINEZ, SOTO, and

POWELL, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:  On or about June 27, 2018, defendant SOTO sent a package via Federal Express priority to an unindicted co-conspirator ("Co-Conspirator 4") in Topeka, Kansas.

Overt Act No. 2:  On or about June 28, 2018, defendant SOTO sent defendant MARTINEZ a screenshot of a delivery confirmation from Federal Express confirming that the package defendant SOTO sent on June 27, 2018 had been delivered to Co-Conspirator 4 in Topeka, Kansas on June 28, 2018.

Overt Act No. 3:  On or about July 4, 2018, defendant MARTINEZ negotiated the sale of drugs to a drug distributor in Topeka, Kansas to be delivered July 6, 2018.

Overt Act No. 4:  On or about July 5, 2018, defendant SOTO shipped a package via Federal Express priority to a recipient in Topeka, Kansas that was delivered on July 6, 2018.

Overt Act No. 5:  On or about July 27, 2018, defendant MARTINEZ sent a package via Federal Express priority to Co-Conspirator 4 in Topeka, Kansas.

Overt Act No. 6:  On or about September 4, 2018, defendants POWELL and MARTINEZ agreed that defendant POWELL would purchase one pound of methamphetamine for $5,200 from defendant MARTINEZ.

Overt Act No. 7:  On or about September 4, 2018, defendant POWELL sent his mailing address to defendant MARTINEZ so that defendant MARTINEZ could ship methamphetamine to defendant POWELL.

Overt Act No. 8: On or about September 7, 2018, defendant MARTINEZ offered to pay defendant SOTO to send a package of drugs by Federal Express.

Overt Act No. 9: On or about September 7, 2018, defendant MARTINEZ provided defendant SOTO with a package containing approximately 428 grams of methamphetamine to ship to defendant POWELL for further distribution.

Overt Act No. 10: On or about September 7, 2018, defendant SOTO took the package provided by defendant MARTINEZ containing approximately 428 grams of methamphetamine to a Federal Express facility in Los Angeles County and attempted to ship it to defendant POWELL.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. §§ 2(a), (b)]

On or about February 1, 2018, in Los Angeles County, within the Central District of California, defendant JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally possessed, and willfully caused to be possessed, with the intent to distribute at least 400 grams, that is, approximately 792 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

## COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. §§ 2(a), (b)]

On or about September 7, 2018, in Los Angeles County, within the Central District of California, defendants JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez," PAOLA SOTO, and RANDAL BURT POWELL, aka "Randy Powell" ("POWELL"), each aiding and abetting the others, knowingly and intentionally possessed, and willfully caused to be possessed, with the intent to distribute at least 50 grams, that is, approximately 428 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about September 21, 2018, in Los Angeles County, within the Central District of California, defendant JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 3,335 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. §§ 2(a), (b)]

On or about October 31, 2018, in Los Angeles County, within the Central District of California, defendant JOSE GUADALUPE MARTINEZ, also known as ("aka") "Peps Martinez," aka "Pepe Martinez," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally possessed, and willfully caused to be possessed, with the intent to distribute at least 50 grams, that is, approximately 801.3 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
General Crimes Section